■ DEBRA L. WITKOWSKI, an Infant, by Her Mother and Natural Guardian, ANTOINETTE WITKOWSKI, et al., Appellants, v SECURITY MUTUAL INSURANCE COMPANY, Respondent.—Appeal by the plaintiffs from an order of the Supreme Court, Orange County (Green, J.), dated October 25, 1990.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Green at the Supreme Court. Mangano, P. J., Sullivan, O'Brien, Ritter and Pizzuto, JJ., concur.